UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INOCENCIO PEREZ, | Case No.: 12-CV-05466-LHK |
| Plaintiff, | ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |
| v. | |
| CITIMORTGAGE, INC; QUALITY LOAN SERVICE CORP., | |
| Defendants. | |

Plaintiff Inoncenio Perez ("Plaintiff") filed his complaint on September 12, 2012, in the Superior Court for the County of Santa Clara alleging claims against Defendants CitiMortgage, Inc. and Quality Loan Service Corp[1] ("Defendants") relating to a mortgage on Plaintiff's property. ECF No. 1-1. Defendants removed the action to this Court on October 23, 2012. ECF No. 1. On October 30, 2012, CitiMorgage filed a motion to dismiss and a motion to strike. ECF No. 32. On November 13, 2012, the case was reassigned from Magistrate Judge Lloyd to the undersigned. CitiMortgage re-noticed its motions on November 19, 2012. Based on the original filing date of the motions, Plaintiff's oppositions to the motions were due on November 13, 2012. Civil Local Rule 7-3(a). Using the re-noticed dates, Plaintiff's oppositions were due December 3, 2012. As of

---

[1] Pursuant to California Civil Code § 2924, Quality Loan Service Corp. filed a declaration of non-monetary status stating that Quality Loan Service believes that it has been named in the above-entitled action solely in its capacity as Trustee under the Deed of Trust. ECF No. 8. Plaintiff has not opposed Quality Loan Service's non-monetary status.

1
Case No.: 12-CV-05466-LHK
ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE

1   today, March 5, 2012, Plaintiff has not filed an opposition to either motion or a statement of non-
2   opposition to either motion.

3   The Court also notes that Plaintiff's answer to Defendants' counterclaim was due March 4,
4   2012. This date was set by stipulation of the parties. ECF No. 26. As of today, March 5, 2012,
5   Plaintiff has not filed his answer on ECF and the Court has not received a hard copy of Plaintiff's
6   answer.

7   Notably, this is the second suit Plaintiff has filed against Defendants. *See* 5:10-CV-5675-
8   LHK. The first was filed in 2010. The Court issued an order to show cause why that suit should
9   not be dismissed for failure to prosecute after Plaintiff failed to respond to a motion to dismiss filed
10  by Defendants. *See id.*, ECF No. 19. Plaintiff subsequently filed a request for dismissal, and the
11  Court dismissed the 2010 case without prejudice. *See id.*, ECF Nos. 21 and 24.

12  In light of Plaintiff's failure to respond to CitiMortgage's motion to dismiss and motion to
13  strike and failure to timely file his answer to CitiMortgage's counterclaim, the Court hereby orders
14  Plaintiff to show cause why this case should not be dismissed as to all Defendants for failure to
15  prosecute. This Order does not authorize Plaintiff to file untimely oppositions to CitiMortgage's
16  motions. Plaintiff has until March 15, 2013 to file a response to this Order to Show Cause. A
17  hearing on this Order to Show Cause is set for **March 27, 2013 at 2:00 P.M**. Plaintiff's failure to
18  respond to this Order and to appear at the March 27, 2013 hearing will result in dismissal as to all
19  Defendants with prejudice for failure to prosecute. The March 28, 2013 hearing on CitiMortgage's
20  motions is hereby VACATED.

21  **IT IS SO ORDERED.**

23  Dated: March 5, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2
Case No.: 12-CV-05466-LHK
ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE