UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INOCENCIO PEREZ, ) | Case No.: 12-CV-05466-LHK |
| ) | |
| Plaintiff, ) | ORDER RE: DISCOVERY; ORDER |
| v. ) | SETTING CASE MANAGEMENT |
| ) | CONFERENCE |
| CITIMORTGAGE, INC; QUALITY LOAN ) | |
| SERVICE CORP., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

On March 5, 2012, this Court ordered Plaintiff Inocenio Perez to show cause why his case should not be dismissed due to Plaintiff's failure to: (1) respond to Defendant CitiMortgage Inc.'s ("CitiMortgage") motion to dismiss and motion to strike, and (2) timely file his answer to CitiMortgage's counterclaim. The Court advised Plaintiff that should he fail to respond to the OSC by March 15, 2013 and fail to appear at the March 27, 2013 OSC hearing, this case would be dismissed with prejudice as to all Defendants for failure to prosecute.

On March 7, 2012, the Court received a stipulation from the parties extending Plaintiff's time to file an answer to CitiMortgage's counterclaim until March 21, 2013. The parties' stipulation is dated March 5, 2013.

On March 20, 2013, the parties filed another stipulation in which the parties state that they have agreed that no initial disclosures will be exchanged before March 31, 2013. The parties'

1  further state that they have agreed that discovery may proceed.  Notably, as of March 20, 2013,

2  Plaintiff has not filed his response to the OSC, which was due March 15, 2013.

3      The parties' request that no initial disclosures must be exchanged is DENIED.  The parties

4  must exchange initial disclosures no later than April 3, 2013.  The parties' request that discovery be

5  allowed to proceed is GRANTED.  The OSC hearing remains as set on March 27, 2013 at 2:00

6  p.m.  If Plaintiff fails to respond to the OSC and fails to appear at the March 27, 2013 hearing,

7  Plaintiff's case will be dismissed with prejudice.  A case management conference shall be held on

8  March 27, 2013 after the OSC hearing.

9  **IT IS SO ORDERED.**

10  Dated: March 20, 2013

LUCY H. KOH
United States District Judge

**United States District Court**
For the Northern District of California

2
Case No.: 12-CV-05466-LHK
ORDER RE: DISCOVERY; ORDER SETTING CASE MANAGEMENT CONFERENCE